## IN THE SUPREME COURT OF THE STATE OF NEVADA

LV-PCPS LLC, A DELAWARE LIMITED LIABILITY COMPANY; LV-AM LLC, A DELAWARE LIMITED LIABILITY COMPANY; LV-MRPC LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND LAS VEGAS RESORT HOLDINGS, LLC, A DELAWARE LIMITED LIABILITY COMPANY, F/K/A STOCKBRIDGE/SBE HOLDINGS, LLC,
Appellants,
vs.
WORLD BUDDHISM ASSOCIATION HEADQUARTERS, A CALIFORNIA NON-PROFIT RELIGIOUS CORPORATION,
Respondent.

No. 81069

FILED

DEC 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is an appeal from (1) a minute order of April 6, 2020, (2) an order signed on April 15, 2020, denying a motion for summary judgment, and (3) the notice of entry of order denying the motion for summary judgment, filed April 16, 2020. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge. This court previously entered an order directing appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. It appeared that the documents identified in the notice of appeal were not substantively appealable. Appellants have now filed a motion to voluntarily dismiss this appeal without prejudice. The motion is granted to the following extent. This appeal is dismissed. Any aggrieved party may file a new notice of appeal if the district court enters an appealable order.

It is so ORDERED.

_____, C.J.
Pickering

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Dana Jonathon Nitz, Settlement Judge
Chris Davis
Matthew J. Weitz
Hawkins Melendrez, P.C.
JT Law Group
Armstrong Teasdale, LLP/Las Vegas
Schiffer & Buus APC
Eighth District Court Clerk